# Intended Notice Recipients – Method of Notice

District/Off: 0209−1        User: brownb        Date Created: 7/2/2008
Case: 1−08−10988−MJK        Form ID: pdfattch        Total: 4

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
tr        John H. Ring, III        bankruptcy@buffalo.com, ny33@ecfcbis.com
aty       Daniel R McComb       danielmccomb@hotmail.com

TOTAL: 2

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
db        Alvin E. Way        34 Church Street       Le Roy, NY 14482
jdb       Regina M. Iannello       34 Church Street       Le Roy, NY 14482

TOTAL: 2